■ In the Matter of MYRON M. .SPARBER, For Reinstatement. — Motion for reinstatement granted only to the extent of referring the matter to the hearing panel of the Departmental Disciplinary Committee for the First Judicial Department, as indicated in the order of this court, and pending receipt of the report of the hearing panel, determination of petitioner's motion for

reinstatement is held in abeyance. Concur — Murphy, P. J., Sandler, Sullivan, Ross and Milonas, JJ.